IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH GRAVES | : | CIVIL ACTION |
| v. | : | |
| MIKE WENEROWICZ, et al. | : | NO. 10-1563 |

FILED
JUN -9 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 9th day of June, 2014:

1. Petitioner's objections to the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells are overruled.

2. The Report and Recommendation is Approved and Adopted.

3. The petition for writ of habeas corpus is denied.

4. A certificate of appealability is denied, as petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

BY THE COURT:

_____
PETRESE B. TUCKER
UNITED STATES DISTRICT COURT JUDGE